```
                                        FILED
                                 2016 JUN -7 PM 12: 18
                                 CLERK U.S. DISTRICT COURT
                                 CENTRAL DIST. OF CALIF.
                                       LOS ANGELES
                                 BY_____
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 16 **CR16-0383** |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1542: False Statement in Passport Application; 18 U.S.C. § 1028A: Aggravated Identity Theft] |
| EDGAR HARO OSUNA, | |
| Defendant. | |

The Grand Jury charges:

### COUNT ONE

[18 U.S.C. § 1542]

On or about June 18, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDGAR HARO OSUNA, willfully and knowingly made a false statement in an application for a United States passport, with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that, in such application, namely application number 502057929, executed by

defendant HARO OSUNA at a United States Post Office in San Pedro, California, in the name of an individual with the initials J.M.E., defendant HARO OSUNA stated that his name was J.M.E., and that he was born on 3-12-1973, whereas, in truth and fact, as defendant HARO OSUNA then knew, his name was not J.M.E., and he was not born on 3-12-1973.

## COUNT TWO

[18 U.S.C. § 1028A]

On or about June 18, 2011, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDGAR HARO OSUNA, knowingly transferred, possessed, and used, without lawful authority, a means of identification that defendant HARO OSUNA knew belonged to another person, that is, the name and birthdate belonging to J.M.E., during and in relation to making a False Statement in Passport Application, a felony violation of Title 18, United States Code, Section 1542, as charged in Count One of this Indictment.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

WILLIAM A. CROWFOOT
Assistant United States Attorney
Deputy Chief, General Crimes Section

KATHY YU
Assistant United States Attorney
General Crimes Section